UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | FINDINGS RE: PROBABLE CAUSE |
| V. | ) | |
| | ) | |
| MARQUES LYLE LITTLEWIND | ) | CASE NO. 2:07-mj-122 |

On December 20, 2007, this Court conducted a preliminary and detention hearing.

The Court finds that the evidence established probable cause to believe Marques Lyle Littlewind committed the crime with which he is charged.

Dated this 31st day of December, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge